ISABEL E. FARIA *v.* FIRST NATIONAL
SUPERMARKETS, INC.
(12856)

LAVERY, HEIMAN and SPEAR, Js.

Argued December 6, 1994—decision released January 17, 1995

*Alexander Scheirer,* for the appellant (plaintiff).

*Duncan J. Forsyth,* with whom was *Julie F. Grey,* for the appellee (defendant).

PER CURIAM. This is an appeal from the judgment rendered following the granting of the defendant's motion for a directed verdict in a slip and fall case. An examination of the transcript and the record shows that there was no evidence as to the proximate cause of the plaintiff's fall. See *Flemington* v. *Garnett,* 231 Conn. 77, 86, 646 A.2d 1308 (1994); *Doe* v. *Manheimer,* 212 Conn. 748, 757–59, 563 A.2d 699 (1989); *Wu* v. *Fairfield,* 204 Conn. 435, 438, 528 A.2d 364 (1987). All other issues are moot.

The judgment is affirmed.